COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-08-00346-CV |
| | § | |
| | | Appeal from |
| IN THE INTEREST OF C.A.B., B.S.B., | § | |
| and E.C.B., MINOR CHILDREN, | | 112th District Court |
| | § | |
| | | of Crockett County, Texas |
| | § | |
| | | (TC # 04-07-06680-CV) |
| | § | |

**MEMORANDUM OPINION**

N.J.B., a/k/a N.J.L., appeals a final decree terminating her parental rights to three children. We affirm.

N.J.B. is represented on appeal by court-appointed counsel who has filed a brief in accordance with the requirements of *Anders v. California*, 386 U.S. 738, 741-44, 87 S.Ct. 1396, 1398-1400, 18 L.Ed.2d 493 (1967). Court-appointed counsel has concluded that, after thorough review of the record, N.J.B.'s appeal is frivolous and without merit. In *Anders*, the Supreme Court recognized that counsel, though appointed to represent the appellant in an appeal from a criminal conviction, had no duty to pursue a frivolous matter on appeal. *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400. Thus, counsel was permitted to withdraw after informing the court of his conclusion and the effort made in arriving at that conclusion. *Id*. We have held that *Anders* is applicable to an appeal from a termination of parental rights where court-appointed counsel has determined that the appeal is frivolous. *In re J.B.*, ---- S.W.3d ----, 2009 WL 283197 (Tex.App.--El Paso 2009, no pet.).

Court-appointed counsel's brief meets the requirements of *Anders* by advancing contentions which might arguably support the appeal. *See Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *High v.*

*State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974). Counsel has established that she provided N.J.B. with a copy of the *Anders* brief, notified her of her right to file a *pro se* brief, and explained how she could obtain a copy of the appellate record. N.J.B. has not filed a pro se brief. Having thoroughly reviewed the record and counsel's brief, we agree with counsel's assessment that the appeal is frivolous and without merit. A further discussion of the arguable grounds advanced in counsel's brief would add nothing to the jurisprudence of the state. The judgment is affirmed.

September 30, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.